**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HART FUELING SERVICES, LLC,**<br><br>Plaintiff,<br><br>*v.*<br><br>**CUDE OILFIELD CONTRACTORS, INC.,**<br><br>Defendant. | **CIVIL ACTION**<br><br>**NO. 2:26-cv-1737-KSM** |

**ORDER**

**AND NOW**, this 30th of October, 2026, upon consideration of Plaintiff's Motion for Service of Summons and Complaint by Publication (Doc. No. 9), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
KAREN SPENCER MARSTON, J.